UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 465 (KPF) |
| SALVATORE ARENA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On June 28, 2023, the Court received a petition for remission or mitigation of funds by mail from Salvatore Arena dated June 15, 2023 (Dkt. #49). The Government is hereby ordered to file a response on or before July 28, 2023. The Clerk of Court is directed to add Mr. Arena's address to the docket as 132-16 86th Street, Ozone Park, New York 11417, and to mail a copy of this Order to him at that address.

SO ORDERED.

Dated:  June 28, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge